DELGADO ET AL., PLAINTIFF, INTERVENORS AND APPELLANTS, *v.* SUCCESSION OF JIMÉNEZ CRUZ ET AL., DEFENDANTS AND APPELLEES.

APPEAL from the District Court of Humacao in an Action for Annulment of Lease.

No. 2244.—Decided December 14, 1920.

APPEAL—BRIEF—DISCRETION OF COURT.—When the Supreme Court finds that the questions discussed in a brief filed out of time are important and worthy of consideration it may, in the excercise of its discretion, admit the brief and overrule a motion to dismiss the appeal made by the appellee.

The facts are stated in the opinion.

*Messrs. José de Guzmán Benítez* and *A. Dones* for the appellants.

*Mr. F. González* for the appellees.

MR. JUSTICE WOLF delivered the opinion of the court.

Motion to dismiss an appeal for failure of the appellants to file a brief. Appellants obtained an extension of time to file the said brief which expired on June 10, 1920, and from that date no step was taken by them until after the appellees filed their motion dated October 4, 1920. On the first of November, the day set for the hearing of the motion, the appellants filed their brief. At the hearing they alleged various things orally or without oath, but the only legal matter before us is that the appellants have actually filed their brief.

While we do not feel obliged to do so, yet sometimes in

arriving at a conclusion whether or not an appeal shall be dismissed we find it convenient to examine the brief finally presented. This we did in *Cepeda v. Peñalosa, ante,* page 878. In the present case we have likewise examined the brief and therein we find a question of the authority or jurisdiction of the district court to award certain counsel fees. As this seems to be a meritorious matter for review, we have decided to exercise our discretion in favor of the appellants and to deny the application for dismissal.

*Motion overruled.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.

Mr. Justice Hutchison took no part in the decision of this case.